ACCEPTED
01-15-00286-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 3:47:51 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00286-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 3:47:51 PM
CHRISTOPHER A. PRINE
Clerk

*In re*
PAULA M. MILLER
and JAS FAMILY LIMITED PARTNERSHIP #4, LTD

## APPELLEE'S MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Appellee, JAS FAMILY LIMITED PARTNERSHIP #4, LTD, would show the Court that Appellant, PAULA M. MILLER, filed an appeal of an interlocutory order (see Tab A) which was not a final judgment in this appeal.

Historically, on November 12, 2013, the Honorable Terri Tipton Holder pronounced a decision recited in the Order attached as Tab A. Shortly after this pronouncement, PAULA M. MILLER filed a Motion to Recuse Terri Tipton Holder. Ultimately, the Motion to Recuse Terri Tipton Holder was denied. Shortly after denial of the Motion to Recuse Terri Tipton Holder, PAULA M. MILLER filed a bankruptcy in the United States Bankruptcy Court, Southern District of Texas, Houston Division. Ultimately, the bankruptcy was dismissed. Subsequent to the bankruptcy being dismissed, on January 27, 2015, the Order in Tab A was signed and entered. Shortly thereafter, PAULA M. MILLER gave

notice of appeal to this court in the above styled cause. Additionally, PAULA M. MILLER failed to pay the filing fee for the appeal. With no filing fee, nor record presented to this Honorable First Court of Appeals, the Clerk had no information to identify that there was no final judgment in this cause and that the appeal should not be docketed or scheduled for summary dismissal.

Appellee, JAS FAMILY LIMITED PARTNERSHIP #4, LTD, moves this Court to dismiss this appeal so that the Trial Court might go forward in proceeding in the pending cause which has been "stayed" as a result of this appeal.

Wherefore, premises considered, JAS FAMILY LIMITED PARTNERSHIP #4, LTD respectfully prays that the Court grant its Motion to Dismiss this untimely appeal.

Respectfully submitted,

*/s/ Michael M. Phillips*

_____
Michael M. Phillips
State Bar No. 15939000
**THE MICHAEL M. PHILLIPS LAW FIRM, P.C.**
P.O. Box 1030
Angleton, Texas 77516-1030
(979) 849-4382 Telephone
(979) 849-1409 Fax
michael@mphillipslaw.com

ATTORNEY FOR APPELLEE,
JAS FAMILY LIMITED
PARTNERSHIP #4, LTD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Motion to Dismiss* has been sent to the following in accordance with the Texas Rules of Appellate Procedure on this 8th day of June, 2015:

Paula M. Miller
P.O. Box 981013
Houston, Texas 77098
Fax: (801) 618-1656

*/s/ Michael M. Phillips*

_____

No. 01-15-00286-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

*In re*
PAULA M. MILLER
and JAS FAMILY LIMITED PARTNERSHIP #4, LTD

## AFFIDAVIT OF MICHAEL M. PHILLIPS

STATE OF TEXAS      §
                             §
COUNTY OF BRAZORIA      §

Before me, the undersigned authority in and for the State of Texas, personally appeared Michael M. Phillips, who, after being duly sworn by me, upon oath deposed and stated:

1. My name is Michael M. Phillips. I am above the age of eighteen (18) years, of sound mind, and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct. I am the principal attorney of The Michael M. Phillips Law Firm, P.C. in Angleton, Brazoria County, Texas. I am licensed to practice law in the State of Texas and have been the primary attorney in charge of the preparation and filing of Trial Court Plaintiff's Motion to Dismiss Appeal.

2. The document attached as Tab A in the Motion to Dismiss is a true and correct copy of a document filed in the underlying proceeding, *JAS Family Limited Partnership #4, LTD v. Paula M. Miller;* Cause No. 65767; In the 149th District Court, Brazoria County, Texas.

Signed this 8th day of June, 2015.

_____
Michael M. Phillips

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 8th day of June, 2015.

SYLVIA FAY HOCUTT
Notary Public, State of Texas
My Commission Expires
March 17, 2017

_____
Notary Public in and for
The State of Texas

# Tab A

F I L E D
at 4:55 o'clock P M.

JAN 27 2015

Clerk of District Court Brazoria Co., Texas
BY_____ KK DEPUTY

CAUSE NO. 65767

| | | |
|---|---|---|
| JAS FAMILY LIMITED PARTNERSHIP #4 LTD | § § § | IN THE DISTRICT COURT |
| VS. | § § | BRAZORIA COUNTY, TEXAS |
| | § § | |
| PAULA M. MILLER | § | 149TH JUDICIAL DISTRICT |

## ORDER

On the 12th day of November, 2013, the Court held a hearing on Plaintiff's Motion for Emergency Relief recited in Plaintiff's Second Amended Petition and a Motion to Abate filed by the Defendant, Paula M. Miller. JAS Family Limited Partnership #4 LTD appeared through its duly authorized representative, James A. Prince and its counsel, Michael M. Phillips, and announced ready. Paula M. Miller, Defendant, appeared in person and *pro se*. After review of the pleadings, presentation of evidence, and argument of counsel, it is the opinion of this Court that the Motion to Abate is not well taken and should be DENIED.

IT IS ORDERED that Paula M. Miller's Motion to Abate this proceeding is hereby DENIED.

The Court further finds JAS Family Limited Partnership #4 LTD's Motion for Emergency Relief regarding three filed Lis Pendens and an Amendment of the September 19, 2005, Lis Pendens by an Affidavit of Adverse Possession filed on August 29, 2011, is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the notices of Lis Pendens that were filed by Paula M. Miller should be released and be of no further force and effect, described as follows:

**14132**

1. Notice of Lis Pendens filed on or about August 25, 2003, recorded under document number 2003053083 of the Official Public Records of Brazoria County, Texas (See Exhibit "A" attached hereto and incorporated herein for all purposes);

2. Notice of Lis Pendens filed on or about September 19, 2005, recorded under document number 2005054235 of the Official Public Records of Brazoria County, Texas by Plaintiff, Paula M. Miller (See Exhibit "B" attached hereto and incorporated herein for all purposes);

3. Notice of Lis Pendens filed on or about June 10, 2013, recorded under document number 2013027728 of the Official Public Records of Brazoria County, Texas by the Defendant, Paula Miller (See Exhibit "C" attached hereto and incorporated herein for all purposes); and

4. Affidavit of Adverse Possession executed by Paula M. Miller as a claim recorded under document number 2011035377 of the Official Public Records of Brazoria County, Texas purporting to supplement the Original Document filed with the wrong title of Notice of Lis Pendens Lien document number 2005054235 (See Exhibit "D" attached hereto and incorporated herein for all purposes).

IT IS FURTHER ORDERED that the following three "Release of Lis Pendens" and the Release of Affidavit of Adverse Possession all attached as Exhibit "E" hereto shall be executed by Paula M. Miller immediately after her receipt of notice of entry of this Order by the District Clerk of Brazoria County, Texas.

IT IS FURTHER ORDERED that JAS Family Limited Partnership #4 LTD acting by and through its managing member, James A. Prince shall tender into the registry of this Court the amount equal to one-half (1/2) of all sums due and payable to "JAS Family Limited Partnership

#4 LTD" after deduction of closing costs, commissions, and encumbrances against the subject property have been fully paid, said sum to be deposited within seventy-two (72) hours of the receipt of such sales proceeds. The subject property is described as follows:

LOT 28, IN BLOCK 3, OF SOUTHDOWN, SECTION 3, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 17, PAGE 153 OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

SIGNED this 27 day of January, 2014.

_____
TERRI TIPTON HOLDER
JUDGE PRESIDING
149TH JUDICIAL DISTRICT COURT

APPROVED:

THE MICHAEL M. PHILLIPS LAW FIRM, PC

_____
MICHAEL M. PHILLIPS

_____
PAULA M. MILLER

03 053083

STATE OF TEXAS

KNOW ALL PERSONS BY THESE PRESENTS:

COUNTY OF BRAZORIA

NOTICE IS HEREBY GIVEN of Lis Pendens warning to the public that the title is subject to litigation. This action involves the title and seeks to establish a lien interest or seeks to enforce by foreclosure a mechanic's or materialman's lien or charge or encumbrance against real property situated in Brazoria County, Texas and described as follows:

LOT TWENTY-EIGHT (28), BLOCK THREE (3), SOUTHDOWN SECTION THREE (III) A SUBDIVISION OF 55.0617 ACRES OUT OF H.T. & B. RR SURVEY, SECTION #1, ABSTRACT 310, BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 17, PAGE 153 AND 154 OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

This action is to claim title to real property located at 3530 Chatwood, Pearland, Texas, 77584. Owner of record James A. Smith, Smith Limited Partnership #4 LLC, or James A. Prince or anyone on record as owner involved is not the owner. I, Paula M. Miller claim ownership of this property, I physically possess and reside on such property and have made major improvements and construction remodeling to said property since January of year 1995, eight (8) years continuous without interruption. I shall continue to claim ownership, pursue litigation and remain on premises as my homestead and residence. Potential Buyers should be fully informed about the history involving this property and make an informed decision as to whether or not this property is free and clear.

Signed this August 25, _____, 2003.

Paula M. Miller
3530 Chatwood
Pearland, TX 77584

ACKNOWLEDGMENT

STATE OF TEXAS

KNOW ALL PERSONS BY THESE PRESENTS:

COUNTY OF BRAZORIA

BEFORE ME, the undersigned Notary Public, on this day personally appeared _____ Paula M. Miller, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the same has been executed for the purposes and consideration therein expressed.

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By: _____, Deputy

EXHIBIT "A"
PAGE 1 OF 22

Given under my hand and seal of office this _August 25, 2003_



CALINDA MADRIGAL
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 05-12-05

Notary Public in and for
State of Texas

FILED FOR RECORD

2003 AUG 25  A 11: 15

COUNTY CLERK
BRAZORIA COUNTY TEXAS



STATE OF TEXAS
COUNTY OF BRAZORIA

I, JOYCE HUDMAN, Clerk of the County Court in and for Brazoria County, Texas do hereby certify that this instrument was FILED FOR RECORD and RECORDED in the OFFICIAL RECORD at the time and date as stamped hereon by me.

Deputy Clerk of Brazoria Co., TX

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By: _____ Deputy

EXHIBIT " A "
PAGE ___ OF 2

Doc# 2005054235

## NOTICE OF LIS PENDENS

STATE OF TEXAS      )(

COUNTY OF BRAZORIA      )(        KNOW ALL BY THESE PRESENTS:

NOTICE IS HEREBY GIVEN that the undersigned, Paula M. Miller, claims legal and equitable title to said premises by financial detrimental reliance, adverse possession, and as community property outlined by the laws of the State of Texas, through marriage and that the title is subject to litigation for legal title and/or for a divorce action or dissolution of marriage between Paula M. Miller and James A. Prince formally known as James A. Smith or equitable civil proceeding.

The action involves the title and seeks to establish a lien interest or seeks to enforce by foreclosure a mechanic's or material man's lien or charge or encumbrance against real property situated in Brazoria County, Texas and described as follows:

LOT TWENTY-EIGHT (28), BLOCK THREE (3), SOUTHDOWN SECTION THREE (111) A SUBDIVISION OF 55.0617 ACRES OUT OF H.T. & B. RR SURVEY, SECTION #1, ABSTRACT 310, BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 17, PAGE 153 AND 154 OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

The action is to claim title to real property and/or place a lien for home value estimated for year 2005 or later at and in the amount of $250,000 including personal remodeling construction upgrades paid for by Paula M. Miller. I shall continue to claim ownership, physically possess and reside on such property, pursue necessary litigation or take any equitable legal action and remain on premises as my homestead and residence since, year 1995. Potential buyers take public warning you have been given full notice that this property is not free and clear and you do not qualify as a bona fide purchaser because of this public notice and could be subject to litigation.

Notice of Lis Pendens Lien Information:
Owner of record: James A. Smith aka James A. Prince
Property address: 3530 Chatwood Dr, Pearland, TX 77584
Legal description: Southdown section 3, block 3, lot 28

EXECUTED on this 19th day of September, 2005.

Signature: _____

By:   Paula M. Miller

STATE OF TEXAS      )(

COUNTY OF BRAZORIA      )(

BEFORE ME, the undersigned authority, on this day personally appeared Paula M. Miller, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

GIVEN UNDER my hand and seal of office on this 19th day of September, 2005.

Signature: _____

Return to: Paula M. Miller
       3530 Chatwood
       Pearland, TX 77584
       Phone: 281-850-7821

TONYA M. RANINA
Notary Public, State of Texas
My Commission Expires
February 23, 2009

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN BRAZORIA COUNTY CLERK
By: _____ Deputy

EXHIBIT B
PAGE 1 OF 2

Doc# 2005054235
# Pages 1
09/15/2005  10:38PM
Official Records of
BRAZORIA COUNTY
JOYCE HUDMAN
COUNTY CLERK
Fees $16.00

*Joyce Hudman*

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____, Deputy

EXHIBIT "B"
PAGE 2 OF 2

2013027728 LP
Total Pages: 2                                    PC

STATE OF TEXAS                    §

                                 §    KNOW ALL BY THESE PRESENTS:

COUNTY OF BRAZORIA               §

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that there is pending in the First Court of Appeals, Houston,

Harris, County, Texas, a certain action and suit, styled Paula Miller v James Prince aka James

Smith, numbered 01-13-00243-CV, wherein Paula Miller, is Plaintiff, and James Prince aka

James Smith is Defendant; that such suit is a proceeding in Divorce, and involves the property

located in Brazoria County, Texas which is described in wit below; that said Plaintiff asserts

ownership in such suit in that Plaintiff is seeking to acquire certain rights and title thereto. Notice

of Lis Pendens concerning the property at:

| | | | |
|---|---|---|---|
| Property ID: | 250405 | Legal Description: | SOUTHDOWN S/D, BLOCK 3, LOT 28 SEC 3, A0310 H T & B |
| Address: | 3530 CHATWOOD DR PEARLAND, TX 77584 | | |
| Neighborhood: | SOUTHDOWN ORIGINAL 1988 AND OLDER | | |
| Neighborhood CD: | S7588.O | | |
| Listed Owner Name: | SMITH FAMILY LTD PARTNERSHIP #4 | | |
| Mailing Address: | % JAMES A (SMITH) PRINCE 2141 W GOVERNORS CIR HOUSTON, TX 77092-8715 | | |

Witness my hand, this 10th _____ day of June _____, 2013.

_Paula M. Miller_
Plaintiff

Acknowledgement

State of Texas
County of _Harris_

This instrument was acknowledged before me on June 10th 2013

by _Paula M Miller_

ANGELA CHRISTY
MY COMMISSION EXPIRES
NOVEMBER 14, 2013

_Angela Christy_
Notary Public's Signature

Return after filing to: Paula Miller, P.O. Box 981013, Houston, TX 77098

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____, Deputy

EXHIBIT " C "
PAGE 1 OF 2

# FILED and RECORDED

Instrument Number: 2013027728

Filing and Recording Date: 06/10/2013 04:03:20 PM  Pages: 2  Recording Fee: $21.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

## DO NOT DESTROY - Warning, this document is part of the Official Public Record.

cclerk-megan

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____ , Deputy

EXHIBIT " C "
PAGE 2 OF 2

## AFFIDAVIT OF ADVERSE POSSESSION

C

| | | |
|---|---|---|
| STATE OF TEXAS | § | KNOW ALL BY THESE PRESENTS: |
| | § | |
| COUNTY OF BRAZORIA | § | |

NOW COMES, Paula M. Miller with all rights reserved, do supplement the original document filed with the wrong title of Notice of Lis Pendens lien Doc# 2005054235 do now file, correct and amend the title to Affidavit Of Adverse Possession because document is actually and substantively a claim and notice of adverse possession against property to wit:

**Legal:** LOT TWENTY-EIGHT (28), BLOCK THREE (3), SOUTHDOWN SECTION THREE (111) A SUBDIVISION OF 55.0617 ACRES OUT OF H.T.& B. RR SURVEY, SECTION #1, ABSTRACT 310, BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 17, PAGE 153 AND 154 OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BRAZORIA | § |

BEFORE ME, the undersigned authority, on this day personally appeared Paula M. Miller, known to be to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Signature: _Paula M Miller_

Given Under, my hand and seal of office on this ___29th___ day of August, 2011.

FARAH NICOLE WALKER
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-25-14

_Farah Nicole Walker_
Notary signature

Seal:

Return to:

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By: _____, Deputy

Doc# 2011035377
# Pages 1
08/29/2011   4:29PM
Official Public Records of
BRAZORIA COUNTY
JOYCE HUDMAN
COUNTY CLERK
Fee: $16.00

*Joyce Hudman*

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By: _____ Deputy

EXHIBIT " D
PAGE 2 OF 2

**RELEASE OF LIS PENDENS**

THE STATE OF TEXAS

                              KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF BRAZORIA

THAT the undersigned, of the County of Brazoria and State of Texas, Holder of that certain Lis Pendens styled "PAULA M. MILLER vs. JAMES A. SMITH, SMITH LIMITED PARTNERSHIP #4 LLC OR JAMES A. PRINCE", in Brazoira County, Texas, said suit further described in Notice of Lis Pendens filed for record in the Office of the County Clerk of Brazoria County, Texas, on AUGUST 25, 2003, under County Clerk's File No(s). 2003053083, against the property described as follows:

> LOT 28, IN BLOCK 3, OF SOUTHDOWN, SECTION 3, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 17, PAGE 153 OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

FURTHER, for a good and valuable consideration paid to the undersigned, the receipt of which is hereby acknowledged, the undersigned has RELEASED AND DISCHARGED, and by these presents hereby RELEASES AND DISCHARGES the above described property from said Lis Pendens and lawsuit.

EXECUTED this _____ day of _____, 2013.

PAULA M. MILLER

By:_____

Name:_____

Title:_____

THE STATE OF TEXAS

COUNTY OF _____

This instrument was acknowledged before me on _____, 2013, by PAULA M. MILLER.

_____
Notary Public, State of Texas
My Commission Expires: _____

**RELEASE OF LIS PENDENS**

THE STATE OF TEXAS

                                 KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF BRAZORIA

THAT the undersigned, of the County of Brazoria and State of Texas, Holder of that certain Lis Pendens styled "PAULA M. MILLER vs. JAMES A. SMITH a/k/a JAMES A. PRINCE", in Brazoira County, Texas, said suit further described in Notice of Lis Pendens filed for record in the Office of the County Clerk of Brazoria County, Texas, on SEPTEMBER 19, 2005, under County Clerk's File No(s). 2005054235, against the property described as follows:

LOT 28, IN BLOCK 3, OF SOUTHDOWN, SECTION 3, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 17, PAGE 153 OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

FURTHER, for a good and valuable consideration paid to the undersigned, the receipt of which is hereby acknowledged, the undersigned has RELEASED AND DISCHARGED, and by these presents hereby RELEASES AND DISCHARGES the above described property from said Lis Pendens and lawsuit.

EXECUTED this _____ day of _____, 2013.

PAULA M. MILLER

By:_____

Name:_____

Title:_____

THE STATE OF TEXAS

COUNTY OF _____

This instrument was acknowledged before me on _____, 2013, by PAULA M. MILLER.

_____
Notary Public, State of Texas
My Commission Expires: _____

## RELEASE OF LIS PENDENS

THE STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF BRAZORIA

THAT the undersigned, of the County of Brazoria and State of Texas, Holder of that certain Lis Pendens styled "PAULA MILLER vs. JAMES PRINCE a/k/a JAMES SMITH", Under Cause Number 01-13-00243-CV, in Brazoira County, Texas, said suit further described in Notice of Lis Pendens filed for record in the Office of the County Clerk of Brazoria County, Texas, on JUNE 10, 2013, under County Clerk's File No(s). 2013027728, against the property described as follows:

> LOT 28, IN BLOCK 3, OF SOUTHDOWN, SECTION 3, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 17, PAGE 153 OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

FURTHER, for a good and valuable consideration paid to the undersigned, the receipt of which is hereby acknowledged, the undersigned has RELEASED AND DISCHARGED, and by these presents hereby RELEASES AND DISCHARGES the above described property from said Lis Pendens and lawsuit.

EXECUTED this _____ day of _____, 2013.

PAULA MILLER

By:_____

Name:_____

Title:_____

THE STATE OF TEXAS

COUNTY OF _____

This instrument was acknowledged before me on _____, 2013, by PAULA MILLER.

_____
Notary Public, State of Texas
My Commission Expires: _____

EXHIBIT " E "
PAGE 3 OF 6

# RELEASE OF AFFIDAVIT OF ADVERSE POSSESSION

THE STATE OF TEXAS

                                KNOWN ALL MEN BY THESE PRESENTS

COUNTY OF BRAZORIA

       THAT the undersigned, of the County of Brazoria and State of Texas, Holder of that certain Affidavit of Adverse Possession styled "PAULA M. MILLER vs. JAMES A. SMITH a/k/a JAMES A. PRINCE", in Brazoria County, Texas, said suit further described in correction of a Lis Pendens filed for record in the Office of the County Clerk of Brazoria County, Texas, on SEPTEMBER 19, 2005, under County Clerk's File No(s). 2005054235, such notice being filed under County Clerk's File No. 2011035377 (See Exhibit "1" attached hereto and incorporated herein for all purposes), against the property described as follows:

> LOT 28, IN BLOCK 3, OF SOUTHDOWN, SECTION 3, A SUBDIVISION IN BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDD IN VOLUME 17, PAGE 153 OF THE MAP AND/OR PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

FURTHER, for a good and valuable consideration paid to the undersigned, the receipt of which is hereby acknowledged, the undersigned has RELEASED and DISCHARGED, and b these presents hereby RELEASES and DISCHARGES the above described property from said Affidavit of Adverse Possession and lawsuit.

       EXECUTED this _____ day of _____, 2014.


                           PAULA M. MILLER

                           By: _____
                           Name: _____
                           Title:_____


THE STATE OF TEXAS

COUNTY OF _____

       This instrument was acknowledged before me on _____,

2014, by PAULA M. MILLER.


                              _____
                              Notary Public, State of Texas
                              My Commission Expires: _____

EXHIBIT* E *
PAGE 4 OF 6

## AFFIDAVIT OF ADVERSE POSSESSION

C

| STATE OF TEXAS | § | |
| | § | KNOW ALL BY THESE PRESENTS: |
| COUNTY OF BRAZORIA | § | |

NOW COMES, Paula M. Miller with all rights reserved, do supplement the original document filed with the wrong title of Notice of Lis Pendens lien Doc# 2005054235 do now file, correct and amend the title to Affidavit Of Adverse Possession because document is actually and substantively a claim and notice of adverse possession against property to wit:

Legal: LOT TWENTY-EIGHT (28), BLOCK THREE (3), SOUTHDOWN SECTION THREE (111) A SUBDIVISION OF 55.0617 ACRES OUT OF H.T.& B. RR SURVEY, SECTION #1, ABSTRACT 310, BRAZORIA COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 17, PAGE 153 AND 154 OF THE PLAT RECORDS OF BRAZORIA COUNTY, TEXAS.

| STATE OF TEXAS | § |
| | § |
| COUNTY OF BRAZORIA | § |

BEFORE ME, the undersigned authority, on this day personally appeared Paula M. Miller, known to be to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Signature: _Paula M Miller_

Given Under, my hand and seal of office on this _29th_ day of August, 2011.

FARAH NICOLE WALKER
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-25-14

Seal:

_Farah Nicole Walker_
Notary signature

Return to:

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and correct photographic copy of the original record on file in my office including redactions, if any, of social security numbers. Given under my hand and seal of the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK
By: _____, Deputy

EXHIBIT "1"
PAGE 1 OF 2

EXHIBIT "E"
PAGE 5 OF 6

Doc# 2011035377
# Pages 1
08/29/2011   4:25PM
Official Public Records of
BRAZORIA COUNTY
JOYCE HUDMAN
COUNTY CLERK
Fees $16.00

*Joyce Hudman*

STATE OF TEXAS, COUNTY OF BRAZORIA
I certify that the above and foregoing is a full, true and
correct photographic copy of the original record on file
in my office including redactions, if any, of social
security numbers. Given under my hand and seal of
the court in my lawful custody and possession
JOYCE HUDMAN, BRAZORIA COUNTY CLERK

By:_____, Deputy

EXHIBIT "__1__"
PAGE __2__ OF __2__

EXHIBIT "__E__"
PAGE __6__ OF __6__

EXHIBIT " 3D "
PAGE __2__ OF __2__